**In re Brad BOOZER, Joseph Flaherty, Timothy Golnik, Ian Harding and Sridhar Iyengar, Appellants.**

No. 2012–1550.

United States Court of Appeals, Federal Circuit.

March 11, 2013.

Ryan E. Anderson, Larson & Anderson LLC, of Dillon, CO, argued for appellant.

Jamie L. Simpson, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor, and Scott C. Weidenfeller, Associate Solicitor.

MOORE, LINN, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**